| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| WASSERMAN, JURISTA & STOLZ, P.C. |
| 225 Millburn Avenue, Suite 207 |
| PO Box 1029 |
| Millburn, New Jersey 07041 |
| Tele: (973) 467-2700 / Fax: (973) 467-8126 |
| Counsel for Robert B. Wasserman, Chapter 7 Trustee |
| **SCOTT S. REVER (SR 1425)** |

In Re:

**NICHOLAS TARSIA,**

                        Debtor.

Case No.: 12-15709 DHS

Honorable Donald H. Steckroth

Chapter: 7

---

### NOTICE OF MOTION FOR AN ORDER COMPELLING THE DEBTOR TO TURNOVER PROPERTY OF THE ESTATE AND PRODUCE DOCUMENTS, AND COMPELLING AND DIRECTING PAYMENTS DUE ON NOTES RECEIVABLE BE PAID TO THE TRUSTEE

---

TO:    Office of the US Trustee
          One Newark Center, Suite 2100
          Newark, NJ  07102

          Barry E. Levine, Esq.
          101 Gibraltar Drive, Suite 2F
          Morris Plains, NJ  07950
          Attorneys for Debtor

          Joseph R. McCarthy, Esq.
          Hill Wallack, LLP
          202 Carnegie Center
          Princeton, NJ  08543-5226
          Attorneys for Sovereign Bank

          Roger Rue, Tax Compliance Representative
          New York State Department of Taxation and Finance
          Collection and Civil Enforcement Division, Bankruptcy Section
          POB 5300
          Albany, NY  12205-0100
          Creditor

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
POB 3001
Malvern, PA  19355-0701
Attorneys for American Express Centurion Bank

Joni Property Trust, LLC
Attn: Joseph F. Spezio, III
22 Beachfront Lane
New Rochelle, NY 10805

**PLEASE TAKE NOTICE**, that on the date and time set forth in the Order Shortening Time transmitted herewith, the undersigned, as counsel for Robert B. Wasserman, Chapter 7 Trustee, ("Trustee"), shall move before the Honorable Donald H. Steckroth, United States Bankruptcy Judge, at the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey  07102, seeking the entry of an Order compelling the Debtor to turnover property of the estate and produce documents, and compelling and directing payments due on notes receivable be paid to the Trustee, together with such other and further relief as may be just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned shall rely upon the Motion filed herewith in support of the relief sought.

**PLEASE TAKE FURTHER NOTICE**, that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE**, that no brief is being filed herewith since the relief requested does not involve any novel or complex issues of law.

**PLEASE TAKE FURTHER NOTICE**, that all objections must be in writing, filed with the Clerk of the United States Bankruptcy Court, King Federal Building, 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, New Jersey 07102, and a copy thereof must simultaneously be

served upon Wasserman, Jurista & Stolz, P.C., Attn: Scott S. Rever, Esq., 225 Millburn Avenue, Suite 207, Millburn, New Jersey 07041 so as to be filed and received as set forth in the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE**, that in the absence of any objections, the relief requested hereunder may be granted without further notice.

        Respectfully submitted,

        **WASSERMAN, JURISTA & STOLZ, P.C.**
        Attorneys for Robert B. Wasserman, Chapter 7 Trustee

Date:  April 26, 2012        /s/   *SCOTT S. REVER*
        SCOTT S. REVER