# WASSERMAN, JURISTA & STOLZ
## ATTORNEYS AT LAW



ROBERT B. WASSERMAN
STEVEN Z. JURISTA
DANIEL M. STOLZ
LEONARD C. WALCZYK
MICHAEL McLAUGHLIN°°
SCOTT S. REVER°°
DONALD W. CLARKE+
°°ALSO MEMBER OF PA BAR
+ ALSO MEMBER OF NY BAR

A PROFESSIONAL CORPORATION

225 MILLBURN AVENUE - SUITE 207
P.O. BOX 1029
MILLBURN, N.J. 07041

www.WJSLAW.com

TEL (973) 467-2700
FAX (973) 467-8126

OF COUNSEL

STUART M. BROWN
KENNETH L. MOSKOWITZ+
NORMAN D. KALLEN
KEITH E. MARLOWE+

April 17, 2012

SREVER@WJSLAW.COM

By Email belevine@optonline.net
Barry E. Levine, Esq.
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950

  Re: Nicholas Tarsia
     Case no.: 12-15709 DHS
     Our File no.: 7927

Dear Mr. Levine:

  As you are aware, this office represents Robert B. Wasserman, the Chapter 7 Trustee in the above referenced matter. As discussed at the 341 meeting, the notes payable to the debtor constitute property of the estate and any and all payments received on the notes from the petition date forward are due and payable to the Trustee. Please have your client remit any and all post-petition payments received by your client on account of the notes to the Trustee by check payable to Robert B. Wasserman, Chapter 7 Trustee to my attention.

  In addition, the Trustee has not received any of the debtor's tax returns as required under the bankruptcy code nor does he have a copy of all of the Notes. Please have your client remit the debtor's last 3 years tax returns and the original notes to me immediately, along with an accounting of the amounts received and due on the Notes. In addition, please have your client provide a copy of the deeds, mortgages and mortgage statements related to the Totowa real estate and any and all documents referring or relating to his interest in Cambridge Management, Co-Tar, LLC and PT Properties, LLC, including any and all documents referring or relating to any transfer of the debtor's interest in said entities.

  If you have any questions regarding the foregoing or would like to discuss this matter further, please feel free to contact me.

         Very truly yours,

         WASSERMAN, JURISTA & STOLZ, P.C.

         SCOTT S. REVER

SSR:drm
cc: Robert B. Wasserman, Esq. (by email)