BARRY E. LEVINE, LLC
101 Gibraltar Drive
Suite 2-F
Morris Plains, NJ 07950
BL3155
Phone# (973) 538-2084
Attorney for the Debtor(s)

|  |  |
|---|---|
| In the Matter of:<br><br>Nicholas Tarsia<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br>CASE NO. 12-15709-DHS<br>HEARING DATE: MAY 2, 2012 |

## NOTICE OF CROSS-MOTION TO DISMISS CHAPTER 7 BANKRUPTCY PURSUANT TO 11 USC SECTION 707 (b)

To:   James Waldron
      Clerk of the Court
      US Bankruptcy Court
      M. L. King, Jr. Federal Bldg.
      50 Walnut Street, 3rd Floor
      Newark, NJ 07102

      Scott S. Rever, Esq.
      Wasserman, Jurista & Stolz, P.C.
      225 Millburn Avenue
      Suite 207
      Millburn, New Jersey 07041

      Mr. Nicholas Tarsia
      26 Highview Avenue
      Totowa, New Jersey 07512

      Joseph R. McCarthy, Esq.
      Hill Wallack, LLP
      202 Carnegie Center
      Princeton, New Jersey 08543-5226

      Roger Rue, Tax Compliance Representative
      New York State Department of Taxation of Finance
      Collection and Civil Enforcement Division, Bankruptcy Section
      P.O. Box 5300
      Albany, New York 12205-0101

Gilbert B. Weisman, Esq.
Becket & Lee, L.P.
P.O. Box 3001
Malvern, PA 19355-0701

Joni Property Trust, LLC
22 Beachfront Lane
New Rochelle, NY 10805
Attn: Joseph F. Spezio, III

**PLEASE TAKE NOTICE** that on May 2, 2012 @ 10:00 a.m. or soon thereafter as counsel may be heard, the undersigned Barry E. Levine, superseding Attorney for the Debtors, will cross-move before the United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, for an Order to Dismiss the within Bankruptcy Petition.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned shall rely upon the annexed application and Debtor's Certification in support of the relief being sought, together with such oral argument as the Court deems necessary.

**PLEASE TAKE FURTHER NOTICE**, that unless responsive pleadings are filed with the Court and served upon the undersigned in accordance with the provisions of Local Rule 3 of the Bankruptcy Rules as adopted here in New Jersey, the relief being sought herein may be granted without further notice.

**PLEASE TAKE FURTHER NOTICE**, that a Certification of Counsel is being submitted with this Motion.

A proposed Order is attached.

Dated: May 1, 2012

/s/ Barry E. Levine
Barry E. Levine
Attorney for the Debtor(s)

## LEGAL ARGUMENT

The Trustee has filed an application to obtain the proceeds of Notes that are held by the Debor or other entities. A shown in the Debtor's certification enclosed with this cross-motion, the income from these Notes represents his <u>entire</u> income, which is necessary to support the Debtor, his wife and two teenage daughters.

This bankruptcy petition was filed on March 6, 2012 as a Chapter 7 business bankruptcy. We have still not been able to obtain copies of two of the Notes; however, at this time, the Debtor wishes to dismiss his bankrupty petititon under 11 USC Section 707(b).

The creditors should not be prejudiced by this decision, as the bankruptcy has only been pending for a brief time, and they will return all of their rights once the automatic stay is lifted.

BARRY E. LEVINE, LLC
101 Gibraltar Drive
Suite 2-F
Morris Plains, NJ 07950
BL3155
Phone# (973) 538-2084
Attorney for the Debtor(s)

| In the Matter of:<br><br>Nicholas Tarsia<br><br>Debtor(s) | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br>CASE NO. 12-15709-DHS<br><br>HEARING DATE: May 2, 2012 |
|---|---|

### DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION

Nicholas Tarsia, of full age, hereby certifies:

1. I am the Debtor in the above-captioned Chapter 7 Bankruptcy. I make this Certification in support of this Cross-Motion to voluntarily dismiss my bankruptcy petition.

2. I have, in the past, been a successful businessman. However, in the last few years I have suffered a series of financial reversals that have ruined my businesses and left me with huge debts. My businesses have failed, I have lost a series of lawsuits that have resulted in large judgments entered against me, and I owe taxes to the Federal Government, the State of New York and the State of New Jersey.

3. I was compelled to file for bankruptcy protection on an emergent basis on March 6, 2012 after the State of New York put a lien on my bank account. Since that time I have attempted to comply with all of the trustees requirements for documents and

information; however, my financial situation is complex and I have been unable to locate several documents requested by the Trustee.

4.   At the present time, I am not employed by any entity and I am not drawing any income from my businesses.

5.   My sole income is derived from the following:

a.   The Note from JONI Properties, LLC from which I receive $5,203.33 per month in interest payments. This Note was based on a settlement of a lawsuit. This debt is <u>not</u> secured by a mortgage.

b.   There is a Note from FGN, LLC and A&L Associates, LLC which is an entity controlled by my wife. She receives payments of $2,064.00 per month from this Note. I am still trying to obtain a copy of this Note. This was payment for the sale of a luncheonette.

c.   A Note from Bay State Properties originally for $60,000.00 a private construction company in which I invested. I receive $2,000.00 per month, which represents $1,136.00 in principal and interest of $864.00. I will supply a copy of this Note as soon as I can locate it. This was an unsecured loan.

6.   I am currently living in an apartment in Totowa, New Jersey with my wife and our two daughters, ages 16 and 13. The only real estate I own, through

a corporation, is four commercial units, that have no equity due to the large mortgages encumbering them.

7. If the Trustee's Motion is granted, I will be left with <u>no income whatsoever</u> to support a family of four. I filed this bankruptcy due to the pressure from my creditors; however, if my entire income will be turned over, I cannot continue to seek bankruptcy petition as I will suffer <u>extreme hardship</u>. I will have to work with my creditors outside the bankruptcy to pay down all of my debts.

I certify the within matters are true. I know that if any of these statements are willfully false, I am subject to punishment.

Dated: April 30, 2012

_____
Nicholas Tarsia

BARRY E. LEVINE, LLC
101 Gibraltar Drive
Suite 2-F
Morris Plains, NJ 07950
BL3155
Phone# (973) 538-2084
Attorney for the Debtor(s)

| In the Matter of: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Eugene P. Kuber and Phyllis D. Kuber, His Wife | CHAPTER 7 CASE NO. 11-25290-NLW |
| Debtor(s) | HEARING DATE: AUGUST 22, 2011 |

## CERTIFICATION OF SERVICE

Donna Zvolensky, of full age, does hereby certify:

1. I am employed in the office of Barry E. Levine, Attorney for the Debtor(s), in the above-entitled matter.

2. On May 1, 2012, copies of:

- Cross-Motion to Dismiss
- Debtor's Certification in support thereof
- Proposed Order
- Certification of Service

Were electronically mailed to:

James Waldron
Clerk of the Court
US Bankruptcy Court
M. L. King, Jr. Federal Bldg.
50 Walnut Street, 3rd Floor
Newark, NJ 07102

Scott S. Rever, Esq.
Wasserman, Jurista & Stolz, P.C.
225 Millburn Avenue
Suite 207
Millburn, New Jersey 07041

Mr. Nicholas Tarsia
26 Highview Avenue
Totowa, New Jersey 07512

Joseph R. McCarthy, Esq.
Hill Wallack, LLP
202 Carnegie Center
Princeton, New Jersey 08543-5226

Roger Rue, Tax Compliance Representative
New York State Department of Taxation of Finance
Collection and Civil Enforcement Division, Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0101

Gilbert B. Weisman, Esq.
Becket & Lee, L.P.
P.O. Box 3001
Malvern, PA 19355-0701

Joni Property Trust, LLC
22 Beachfront Lane
New Rochelle, NY 10805
Attn: Joseph F. Spezio, III

    I hereby certify that the foregoing statement(s) made by me are true; I am aware that if any of the foregoing statement(s) made by me are willfully false, I am subject to punishment.

Dated: May 1, 2012                 /s/ Donna Zvolensky
                                                Donna Zvolensky

BARRY E. LEVINE, LLC
101 Gibraltar Drive
Suite 2-F
Morris Plains, NJ 07950
BL3155
Phone (973) 538-2084
Attorney for the Debtor(s)

| In the Matter of: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| Nicholas Tarsia | CHAPTER 7<br>CASE NO. 12-15709-DHS<br>HEARING DATE: MAY 2, 2012 |
| Debtor(s) | |

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

Upon consideration of the application of Barry E. Levine for an Order Dismissing the Chapter 7 Bankruptcy Case, and for good cause shown, it is

ORDERED, as follows:

1. The within Chapter 7 Bankruptcy is hereby dismissed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

BARRY E. LEVINE, LLC
101 GIBRALTAR DRIVE, 2F
MORRIS PLAINS, NJ  07950
ATTORNEY FOR DEBTOR

In Re:

NICHOLAS TARSIA

Case No.:          12-15709-DHS

Chapter:                 7

Adv. No.:

Hearing Date:     MAY 2, 2012

Judge:              DONALD H. STECKI

## CERTIFICATION OF SERVICE

1. I, __DONNA M. ZVOLENSKY__ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __BARRY E. LEVINE__, who represents the __DEBTOR__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: APRIL 30, 2012                           /S/DONNA M. ZVOLENSKY
                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JAMES WALDRON, CLERK<br>US BANKRUPTCY COURT<br>ML KING JR., FEDERAL BUILDING<br>50 WALNUT STREET, 3RD FLOOR<br>NEWARK, NEW JERSEY 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SCOTT S. REVER, ESQ.<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>225 MILLBURN AVENUE<br>SUITE 207<br>MILLBURN, NEW JERSEY 07041 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☑ Other Fax Transmission<br>(as authorized by the court *) |
| JOSEPH R. MCCARTHY, ESQ.<br>HILL WALLACK, LLP<br>202 CARNEGIE STREET<br>PRINCETON, NEW JERSEY<br>08543-5226<br><br>ROGER RUE, TAX COMPLIANCE REPRESENTATIVE<br>NEW YORK STATE DEPARTMENT OF TAXATION OF FINANCE | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| MR. NICHOLAS TARSIA<br>26 HIGHVIEW AVENUE<br>TOTOWA, NJ 07512 | | ☑ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |