| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>225 Millburn Avenue - Suite 207<br>P.O. Box 1029<br>Millburn, New Jersey 07041<br>Phone: (973) 467-2700<br>Fax: (973) 467-8126<br>Counsel for Robert B. Wasserman, Chapter 7 Trustee<br>**(SCOTT S. REVER-SR1425)** | |
| In Re:<br><br>**NICHOLAS TARSIA,**<br><br>                    Debtor. | Case No.: 12-15709 DHS<br><br>Hearing Date:<br><br>Judge: Donald H. Steckroth |



### ORDER COMPELLING THE DEBTOR TO TURNOVER PROPERTY OF THE ESTATE AND PRODUCE DOCUMENTS, AND COMPELLING AND DIRECTING PAYMENTS DUE ON NOTES RECEIVABLE BE PAID TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through three (3) are hereby

**ORDERED.**

5/2/12

(Page 2)

Debtor: Nicholas Tarsia

Case No.: 12-15709 DHS

Caption of Order: Order compelling the Debtor to turnover property of the estate and produce documents, and compelling and directing payments due on notes receivable be paid to the Trustee

---

**THIS MATTER**, having been opened to the Court upon the motion of Robert B. Wasserman, the Chapter 7 Trustee in the above captioned case, by and through his attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order compelling the Debtor to turnover property of the estate and produce documents, and compelling and directing payments due on notes receivable be paid to the Trustee; and the Court having considered the moving papers and all responses filed with respect thereto; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**ORDERED**, that the Debtor shall within ~~three~~ 5 days of the date hereof turnover to the Trustee any and all payments received on the three Notes referred to in the Debtor's Schedule I that were received after the Petition Date; and it is further

**ORDERED**, that the Debtor shall within ~~three~~ 5 days of the date hereof provide the Trustee with all documents requested in the April 17, 2012 letter from Trustee's counsel and the Rule 2004 Examination Subpoena, including the original Notes and an accounting of the amounts paid and due thereon; and it is further

**ORDERED**, that Joni Property Trust, LLC, be and his hereby compelled and directed to remit any and all payments due under the October 2, 2008 Note directly to the Trustee; and it is further

**ORDERED**, that any and all obligors on Notes payable to the Debtor shall remit the payments to the Trustee.