BARRY E. LEVINE, LLC
101 Gibraltar Drive
Suite 2-F
Morris Plains, NJ 07950
BL3155
Phone (973) 538-2084
Attorney for the Debtor(s)



In the Matter of:

Nicholas Tarsia

Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

CHAPTER 7
CASE NO. 12-15709-DHS
HEARING DATE: MAY 2, 2012

## ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

5/2/12

Upon consideration of the application of Barry E. Levine for an Order Dismissing the Chapter 7 Bankruptcy Case, and for good cause shown, it is

ORDERED, as follows:

1. ~~The within Chapter 7 Bankruptcy is hereby dismissed.~~ Debtor's Cross-Motion to Dismiss is DENIED.