Order Filed on
**05/03/2012**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>    Nicholas Tarsia<br><br>    Debtor. | Case No.: 12-15709<br><br>Adv. No.:<br><br>Hearing Date: 5/2/12<br><br>Judge:     Donald H. Steckroth |

**ORDER VACATING ORDER**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: 05/03/2012**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

Page 2
Debtor:
Case No.:
Caption of Order:        Order Vacating Order

---

Please be advised that the Order Granting Motion to Dismiss Case for Debtor entered on May 2, 2012 is hereby vacated.

The Court, on its own motion, finds that the Order Granting Motion to Dismiss Case for Debtor entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Granting Motion to Dismiss Case for Debtor entered on May 2, 2012 be and the same is hereby vacated.

*Approved by Judge Donald H. Steckroth May 03, 2012*