Perez and Bonomo, Esq.
2069 Fletcher Avenue
Fort Lee, New Jersey 07024
(201) 396-9037
Fax: (201) 820-0475

|  |  |
|---|---|
| In Re:<br><br>Nicholas Tarsia | : UNITED STATES BANKRUPTCY<br>: COURT<br>: **SUBSTITUTION OF ATTORNEY**<br>:<br>: Case #12-15709 |

The undersigned hereby agrees to the substitution of the Donald T. Bonomo, Esq. as attorney for Nicholas Tarsia in the above-captioned matter.

| | |
|---|---|
| Barry E. Levine, Esq.<br>101 Gibraltar Drive<br>Morris Plains, NJ 07950<br>(973) 538-2084<br><br>belevine@optline.net<br><br>Withdrawing Attorney<br><br>By: Barry E. Levine, Esq.<br>Dated: April 20, 2013 | Donald T. Bonomo, Esq.<br>2069 Fletcher Avenue<br>2nd Floor<br>Fort Lee, New Jersey 07024<br><br>dbonomo123@gmail.com<br><br>Superseding Attorney<br><br>By: Donald T. Bonomo, Esq. |